Lisa L. Halko, State Bar No. 148873
GREENBERG TRAURIG LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Petitioner and Plaintiff
VESTAL VENTURE CAPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTAL VENTURE CAPITAL, <br><br> Plaintiff, <br><br> v. <br><br> PRIDE BUSINESS DEVELOPMENT HOLDINGS, INC. and MICHAEL M. MARKOW, <br><br> Defendants. | Case No. ~~2:08-AT-1399~~ 08 MC 144 <br><br><br> WRIT OF EXECUTION |

Writ of Execution

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*:<br>Lisa Halko SBN148873<br>Greenberg Traurig, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814<br>halkol@gtlaw.com | | FOR COURT USE ONLY |
| TELEPHONE NO: (916) 442-1111   FAX NO *(Optional)*: (916) 448-1709 | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: Vestal Venture Capital | | |
| ☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF US District Court, ED of Ca.<br>STREET ADDRESS: 501 I Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Sacramento Division | | |
| PLAINTIFF: Vestal Venture Capital | | |
| DEFENDANT: Pride Business Development Holdings, Inc., and Michael M. Markow | | |
| **WRIT OF** ☒ EXECUTION (Money Judgment)<br>☐ POSSESSION OF ☐ Personal Property<br>☐ Real Property<br>☐ SALE | CASE NUMBER:<br>2:08-AT-1399 | |

1. **To the Sheriff or Marshal of the County of:** Ventura
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Vestal Venture Capital
   is the ☒ judgment creditor ☐ assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address)*:
   ┌─────────────────────────────────────┐
   │ Michael Markow                       │
   │ 1230 Calle Suerte                    │
   │ Camarillo, CA 93012-8053             │
   └─────────────────────────────────────┘

   ┌─────────────────────────────────────┐
   │ Pride Business Development Holdings  │
   │ Inc                                  │
   │ 1230 Calle Suerte                    │
   │ Camarillo, CA 93012-8053             │
   └─────────────────────────────────────┘
   ☐ Additional judgment debtors on next page
5. **Judgment entered** on *(date)*:
   March 18, 2008
6. ☐ **Judgment renewed on** *(dates)*:

7. **Notice of sale** under this writ
   a. ☐ has not been requested.
   b. ☐ has been requested *(see next page)*.
8. ☐ Joint debtor information on next page.
   [SEAL]

9. ☒ see next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment
11. Total judgment ............................................. $  634,550.00
12. Costs after judgment (per filed order or memo CCP 685 090) ................. $
13. Subtotal *(add 11 and 12)* ............................ $  634,550.00
14. Credits ........................................................... $
15. Subtotal *(subtract 14 from 13)* ...................... $  634,550.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ...... $    8,865.84
17. Fee for issuance of writ ................................ $
18. Total *(add 15, 16, and 17)* ........................... $  643,415.84
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of $173.84   $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ............... $
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: _____   Clerk, by _____, Deputy

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

American LegalNet, Inc.
www.USCourtForms.com

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

**EJ-130**

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: | |

— Items continued from page 1 —

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989-994)
    a. on *(date):*
    b. name and address of joint debtor:
    
    a. on *(date):*
    b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
       *(Check (1) or (2)):*
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $                was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
    b. ☐ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property: All monies due to judgment debtor Michael M. Markow on any contract other than a contract for employment.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice* of Levy (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

| EJ-130 [Rev. January 1, 2006] | **WRIT OF EXECUTION** | American LegalNet, Inc. www.USCourtForms.com | Page 2 of 2 |

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

VESTAL VENTURE CAPITAL,

          Plaintiff,

-against-

PRIDE BUSINESS DEVELOPMENT HOLDINGS,
INC. and MICHAEL M. MARKOW,

          Defendants.

------------------------------------X

07 Civ. 9936
Judge Chin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

**AMENDED DEFAULT JUDGMENT**

# 08, 0325

       This action having been commenced on November 9, 2007 by the filing of the Summons and Complaint, and copies of the Summons and Complaint having been served upon defendants by substituted service upon Allison Tepper, a person duly authorized to accept service of process on behalf of the defendants on November 20, 2007 at defendants' place of business in Camarillo, California, and by mailing copies of the Summons and Complaint to defendants by first-class mail, postage prepaid, on November 20, 2007 by Nancy Perry of Janney and Janney Attorney Service, and proofs of service having been filed with the Clerk of the Court on December 12, 2007 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired it is

       **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendant Pride Business Development Holdings, Inc. on the First Cause of Action and against defendant Michael M. Markow on the Fourth Cause of Action in the liquidated amount of the sum of $300,000 plus interest at 18% from December 9, 2006 until February 22, 2008, in the amount of $64,947, amounting in all to $364,947; and it is further

123052.00102/6622032v.1

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendant Pride Business Development Holdings, Inc. on the Second Cause of Action and against defendant Michael M. Markow on the Fifth Cause of Action in the liquidated amount of the sum of $50,000 plus interest at 18% from November 18, 2005 to February 22, 2008, in the amount of $20,367 amounting in all to $70,367; and it is further

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendant Pride Business Development Holdings, Inc. on the Third Cause of Action and against defendant Michael M. Markow on the Sixth Cause of Action in the liquidated amount of the sum of $175,000 plus interest at 18% from April 10, 2007 to February 22, 2008, in the amount of $13,759 amounting in all to $188,759; and it is further

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment against defendants Pride Business Development Holdings, Inc. and Michael M. Markow for plaintiff's attorneys' fees and costs in bringing this action for a total of $10,477.

Dated: New York, New York
3/11/08

*This awarded judgment supersedes the judgment dated 2/29/08.*

_____
U.S.D.J.

This document was entered on the docket on

_____

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York
Date Filed: 3/12/08
J. MICHAEL MCMAHON, CLERK

By: _____

2

123052.00102/6622032v.1

Case 2:08-mc-00144-MCE-GGH   Document 3   Filed 12/29/08   Page 6 of 6
Certification of Judgment (AO 451 Rev - SDNY 5/25/06)
Case 2:08-at-01399 *SEALED*   Document 1   Filed 11/20/2008   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------- -----------------------------------------X
VESTAL VENTURE CAPITAL,

                  Plaintiff,

              -against-

PRIDE BUSINESS DEVELOPMENT HOLDINGS,
INC. and MICHAEL M. MARKOW,
                  Defendants.
---------------- -----------------------------------------X

07   CIVIL 9936 (DC)
**CERTIFICATION OF JUDGMENT**
**FOR REGISTRATION IN**
**ANOTHER DISTRICT**
Judgment #08,0325

     I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on March 18, 2008 as it appears in the records of this court, and that:

☒    No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐    No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐    An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐    An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

     IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on November 17, 2008.

                                                **J. Michael McMahon**

                                                **Clerk**

                                                **(By) Deputy Clerk**